# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANCIS SCHAEFFER COX,

    Plaintiff,

v.

HUGH J. HURWITZ, Acting Director of Federal Bureau of Prisons; GARY BURGESS; KATHY HILL; KATERINE SIEREVELD; RICHARD BLYTHE; UNKNOWN PARTIES 1-3; and WILLIAM TRUE, Warden of USP-Marion,

    Defendants.

Case No. 17-cv-1334-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: October 2, 2018**

                                  **THOMAS L. GALBRAITH, Acting Clerk of Court**

                                  **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**